**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/11/2021

IN RE:

RAYMOND A. CLAYPOOLE
MICHELLE D. CLAYPOOLE
PO BOX 484
BRUIN, PA 16022
XXX-XX-7178         Debtor(s)

XXX-XX-6772

Case No.16-22588 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/11/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **ANTHONY T KOVALCHICK ESQ**<br>DEPUTY AG - OFC OF ATTORNEY GENERAL<br>1251 WATERFRONT PL<br>MEZZANINE LEVEL<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PA DEPT OF REV/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: RMVD/AMD PL*REPOED-SOLD/CL*$0@SEC/CL*W/25 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4081 |
| **SPECIALIZED LOAN SERVICING LLC***<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO 80111 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: CL6GOVS*428/PL*449.07 X (60+2)=LMT*1ST/SCH*BGN 8/16*FR B OF A~DOC 69 | CRED DESC: MORTGAGE REGULAR PAYME<br>ACCOUNT NO.: 4052 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O BANK OF AMERICA<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: PMT/PL*DKT4PMT-LMT*225/PL@BOA*2ND*LATE CLM*BGN 7/16 | CRED DESC: MORTGAGE REGULAR PAYME<br>ACCOUNT NO.: 4008 |
| **YAMAHA MOTOR FINANCE CORP***<br>ATTN: COLLATERAL DEPT<br>PO BOX 2429<br>CYPRESS, CA 90630 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RMVD/AMD PL*PIF/CONF OE 10-4-16*NT ADR/SCH*H-HOLD BANK/SCH-PL*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: |
| **POLARIS++**<br>POB 17602<br>BALTIMORE, MD 21297 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RMVD/AMD PL*PIF/CONF OE 10-4-16*NT ADR/SCH*HSNC/SCH-PL*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 3-3<br>CLAIM: 17,269.58<br>COMMENT: CL3-3GOVS*NO PRI/PL*PREPET TAXES*X5174 9460 7233*AMD*W/35 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5174 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMB@8*12,14~INCOME TAXES/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 10    INT %: 3.00%<br>Court Claim Number: 3-3<br>CLAIM: 41,734.78<br>COMMENT: CL3-3 GOVS*50074.12@6%/PL*PRI/SCH*AMD | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5174 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ASSOCIATES IN RESP MEDICINE++**<br>5131 LIBERTY AVE<br><br>PITTSBURGH, PA  15224-2156 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3711 |
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br><br>BUTLER, PA  16001 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8154 |
| **CHILDRENS HOSPITAL**<br>DEPT. L105P<br><br>PITTSBURGH, PA  15264 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0988 |
| **CITIFINANCIAL\*\***<br>605 MUNN RD<br>ATTN PAYMENT PROCESSING<br>FT MILL, SC  29715 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0343 |
| **CITIZENS AUTO FINANCE(\*)**<br>1 CITIZENS DR<br>MAILSTOP ROP15B<br>RIVERSIDE, PA  02915 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AUTO DFNCY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BUTLER MMRL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FAMILY FOOT CARE ASSOCIATES**<br>104 TECHNOLOGY DR STE 103<br><br>BUTLER, PA  16001-1801 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1500 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~AMEX/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MEDICAL CENTER CLINIC LTD.**<br>MELLON PAVILLION<br>4815 LIBERTY AVENUE<br>PITTSBURGH, PA  15224 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8731 |
| **SYNCHRONY BANK**<br>PO BOX 965015<br><br>ORLANDO, FL  32896 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DICKS SPORTING GOODS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4207 |

| Creditor | Claim Info | Credit Description |
|---|---|---|
| **SYNCHRONY BANK**<br>PO BOX 965060<br>ATTN BANKRUPTCY DEPT<br><br>ORLANDO, FL 32896-5060 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0008 |
| **WELTMAN WEINBERG & REIS CO LPA**<br>2500 KOPPERS BUILDING<br>436 SEVENTH AVE<br><br>PITTSBURGH, PA 15219-1842 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~RBS CITIZENS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1188 |
| **WORLD FINANCIAL NETWORK**<br>POB 182125<br><br>COLUMBUS, OH 43218-2125 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: FASHION BUG/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8731 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br><br>ARLINGTON, TX 76096 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 1,780.20<br>COMMENT: NO GEN UNS/SCH*DEFICIENCY*W/3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4081 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br><br>DENVER, CO 80217-0900 | Trustee Claim Number:26 INT %: 5.00%<br>Court Claim Number:1<br><br>CLAIM: 8,118.60<br>COMMENT: CL$GOVS@MDF/PL*PMT/CONF*7689.20@5%MDF/PL*NT/SCH*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8683 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 310.00<br>COMMENT: FEES/PL | CRED DESC: FILING FEES<br>ACCOUNT NO.: 16-22588-JAD |
| **SPECIALIZED LOAN SERVICING LLC***<br>6200 S QUEBEC ST<br><br>GREENWOOD VILLAGE, CO 80111 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 9,395.73<br>COMMENT: CL6GOVS*9396/PL*1ST/SCH*THRU 7/16*FR BANK OF AMERICA NA~DOC 69 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4052 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:3-3<br><br>CLAIM: 5,241.47<br>COMMENT: X5174 9460 7233*NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5174 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br><br>PHILADELPHIA, PA 19103 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: BANK OF NY MELLON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Claim Info | Credit Description |
|---|---|---|
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  0.00<br>COMMENT:  CL4 DISALLOWED/OE*NT/SCH*$3,713.37/CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1192 |
| **UPMC COMMUNITY MEDICINE**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:32 INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  689.00<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1702 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O BANK OF AMERICA<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX  75266-0933 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  4,997.68<br>COMMENT:  CL7GOVS*$0 ARRS/PL*LATE CLM*THRU 6/16 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  4008 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O BANK OF AMERICA<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX  75266-0933 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  0.00<br>COMMENT:  $1,150/NTC POSTPET FEE/EXP~CHARGES RMVD/CRED*DOC 87, 88*DK!! | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  4008 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:3-3<br><br>CLAIM:  2,676.64<br>COMMENT:  CL3-3GOVS*NT/PL*POSTPET*3Q16, 4Q16, 2016-2017*AMD*W/8*DK | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  5174 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BANK OF NY MELLON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |