Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Raymond A. Claypoole
Michelle D. Claypoole**
Debtor(s)

Bankruptcy Case No.: 16−22588−JAD

Chapter: 13
Docket No.: 113 − 112

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 2nd of September, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/5/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/15/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/5/21.**

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-22588-JAD
Raymond A. Claypoole  Chapter 13
Michelle D. Claypoole
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jfur | Page 1 of 3 |
| Date Rcvd: Sep 02, 2021 | Form ID: 408 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond A. Claypoole, Michelle D. Claypoole, PO Box 484, Bruin, PA 16022-0484 |
| cr | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 564 Forbes Avenue, Manor Building, Pittsburgh, PA 15219-2908 |
| cr | + | Federal Home Loan Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Federal Home Loan Mortgage Corporation, 6200 S. Quebec St, Greenwood Village, co 80111-4720 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 300, Dallas, TX 75254-7883 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Po Box 31785, TAMPA, FL 33631-3785 |
| 14258736 | | Associates in Resp. Medicine, 5131 Liberty Ave, Pittsburgh, PA 15224-2217 |
| 14322017 | | BANK OF AMERICA, N.A., BANK OF AMERICA, PO BOX 31785, TAMPA, FL, 33631-3785 |
| 14258737 | + | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14304999 | + | Butler Hospital Care Associates, PO Box 1549, Suite 901, Butler, PA 16003-1549 |
| 14258738 | + | Butler Memorial Hospital, PO Box 37171, Baltimore, MD 21297-3171 |
| 14258742 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, PO Box 1623, Butler, PA 16003 |
| 14258739 | | Children's Hospital, PO Box 382059, Pittsburgh, PA 15250-8059 |
| 14258743 | | Commonwealth of Pennsylvania, Dept of Compliance, Dept 280948, Harrisburg, PA 17128-0948 |
| 14258744 | + | Family Foot Care Associates, 223 Grove City Rd, Suite 1, Slippery Rock, PA 16057-8532 |
| 14258746 | + | HSNC Polaris, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 14258745 | + | Household Bank/Yamaha, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 14258748 | + | Medical Center Clinic, 247 Morewood Ave, Pittsburgh, PA 15213-1861 |
| 15388345 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14402865 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14331238 | | The Bank Of New York Mellon Fka et al., Bank Of America, Po Box 31785, Tampa, FL 33631-3785 |
| 14314470 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14258751 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14271107 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14258735 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 02 2021 23:12:00 | AmeriCredit, PO Box 183593, Arlington, TX 76096 |
| 14269741 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 02 2021 23:12:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14258740 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2021 23:18:13 | CitiFinancial, Attn: Bankruptcy Dept, PO Box 140489, Irving, TX 75014-0489 |
| 14258741 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

| District/off: 0315-2 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2021 | Form ID: 408 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 02 2021 23:12:00 | Citizens Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14258747 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2021 23:18:04 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14312578 | + | Email/PDF: cbp@onemainfinancial.com | Sep 02 2021 23:18:22 | Onemain, 605 Munn Road, FT Mill, SC 29715-8421 |
| 14293231 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2021 23:12:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14258749 | | Email/PDF: gecsedi@recoverycorp.com | Sep 02 2021 23:18:21 | Synchrony Bank/Dick's Sporting Goods, Attn: Bankruptcy Dept., PO Box 965015, Orlando, FL 32896-5015 |
| 14258750 | | Email/PDF: gecsedi@recoverycorp.com | Sep 02 2021 23:18:21 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14258753 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2021 23:12:00 | WFNNB/Fashion Bug, PO Box 182125, Columbus, OH 43218-2125 |
| 14258752 | + | Email/Text: BKRMailOps@weltman.com | Sep 02 2021 23:12:00 | Weltman Weinberg & Reis Co., L.P.A., Attn: Matthew D. Urban, Esquire, 436 Seventh Ave., Suite 1400, Pittsburgh, PA 15219-1827 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, NA, As Successor By Merger to Bac |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank Of New York Mellon Fka The Bank Of New Yo |
| cr | | The Bank of New York Mellon etal |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| 14649554 | * | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

TOTAL: 4 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-2 | User: jfur | Page 3 of 3 |
| Date Rcvd: Sep 02, 2021 | Form ID: 408 | Total Noticed: 40 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2021            Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2021 at the address(es) listed below:

**Name**     **Email Address**

Anthony T. Kovalchick
  on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Chrisovalanate P. Fliakos
  on behalf of Creditor The Bank Of New York Mellon Fka The Bank Of New York  et al. pawb@fedphe.com

Chrisovalanate P. Fliakos
  on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com

James A. Prostko
  on behalf of Creditor The Bank of New York Mellon etal jprostko@c-vlaw.com  jamesprostko@gmail.com

James A. Prostko
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-T jprostko@c-vlaw.com, jamesprostko@gmail.com

Jeremy J. Kobeski
  on behalf of Creditor The Bank Of New York Mellon Fka The Bank Of New York  et al. pawb@fedphe.com, mcupec@grenenbirsic.com

Jerome B. Blank
  on behalf of Creditor Bank of America  NA, As Successor By Merger to Bac Home Loans Servicing, LP etal pawb@fedphe.com

Maria Miksich
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI mmiksich@kmllawgroup.com

Michael S. Lazaroff
  on behalf of Joint Debtor Michelle D. Claypoole butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com

Michael S. Lazaroff
  on behalf of Debtor Raymond A. Claypoole butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

TOTAL: 12