**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RAYMOND A. CLAYPOOLE<br>MICHELLE D. CLAYPOOLE<br>Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>    Movant<br>  vs.<br>No Respondents. | Case No.:16-22588 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

    4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

August 26, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/13/2016 and confirmed on 10/4/16. The case was subsequently         Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 142,748.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 142,748.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,500.00 | |
|    Trustee Fee | 6,924.98 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,424.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP<br>    Acct: 4052 | 0.00 | 27,731.31 | 0.00 | 27,731.31 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 4008 | 0.00 | 13,976.45 | 0.00 | 13,976.45 |
|   FEDERAL HOME LOAN MORTGAGE CORP<br>    Acct: 4052 | 9,395.73 | 9,395.73 | 0.00 | 9,395.73 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 4008 | 4,997.68 | 4,997.68 | 0.00 | 4,997.68 |
|   POLARIS++<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 5174 | 41,734.78 | 41,734.78 | 2,454.24 | 44,189.02 |
|   AMERICREDIT FINANCIAL SVCS INC DBA<br>    Acct: 4081 | 0.00 | 0.00 | 0.00 | 0.00 |
|   YAMAHA MOTOR FINANCE CORP*<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   WELLS FARGO BANK NA D/B/A WELLS FA<br>    Acct: 8683 | 8,118.60 | 8,118.60 | 1,158.91 | 9,277.51 |
| | | | | 109,567.70 |
| **Priority** | | | | |
|   MICHAEL S LAZAROFF ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RAYMOND A. CLAYPOOLE<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LAW OFFICE OF MICHAEL S LAZAROFF*<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MICHAEL S LAZAROFF ESQ**<br>    Acct: | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 5174 | 17,269.58 | 17,269.58 | 0.00 | 17,269.58 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 4008 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| PA DEPARTMENT OF REVENUE* | 2,676.64 | 2,676.64 | 0.00 | 2,676.64 |
| Acct: 5174 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-JAD | | | | |
| | | | | 20,256.22 |
| **Unsecured** | | | | |
| ASSOCIATES IN RESP MEDICINE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3711 | | | | |
| BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8154 | | | | |
| CHILDRENS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0988 | | | | |
| CITIFINANCIAL**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0343 | | | | |
| CITIZENS AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAMILY FOOT CARE ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1500 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEDICAL CENTER CLINIC LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8731 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4207 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0008 | | | | |
| WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1188 | | | | |
| WORLD FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8731 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 1,780.20 | 807.85 | 0.00 | 807.85 |
| Acct: 4081 | | | | |
| PA DEPARTMENT OF REVENUE* | 5,241.47 | 2,378.58 | 0.00 | 2,378.58 |
| Acct: 5174 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1192 | | | | |
| UPMC COMMUNITY MEDICINE | 689.00 | 312.67 | 0.00 | 312.67 |
| Acct: 1702 | | | | |
| ANTHONY T KOVALCHICK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,499.10 |

TOTAL PAID TO CREDITORS                                                                  133,323.02

```
TOTAL CLAIMED
PRIORITY           20,256.22
SECURED            64,246.79
UNSECURED           7,710.67
```

Date: 08/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    RAYMOND A. CLAYPOOLE<br>    MICHELLE D. CLAYPOOLE<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>        vs.<br>    No Repondents. | Case No.:16-22588 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                        BY THE COURT:

                                                                         _____
                                                                         U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Raymond A. Claypoole  
Michelle D. Claypoole  
    Debtors

Case No. 16-22588-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: jfur | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2021 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond A. Claypoole, Michelle D. Claypoole, PO Box 484, Bruin, PA 16022-0484 |
| cr | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 564 Forbes Avenue, Manor Building, Pittsburgh, PA 15219-2908 |
| cr | + | Federal Home Loan Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Federal Home Loan Mortgage Corporation, 6200 S. Quebec St, Greenwood Village, co 80111-4720 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 300, Dallas, TX 75254-7883 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Po Box 31785, TAMPA, FL 33631-3785 |
| 14258736 | | Associates in Resp. Medicine, 5131 Liberty Ave, Pittsburgh, PA 15224-2217 |
| 14322017 | | BANK OF AMERICA, N.A., BANK OF AMERICA, PO BOX 31785, TAMPA, FL, 33631-3785 |
| 14258737 | + | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14304999 | + | Butler Hospital Care Associates, PO Box 1549, Suite 901, Butler, PA 16003-1549 |
| 14258738 | + | Butler Memorial Hospital, PO Box 37171, Baltimore, MD 21297-3171 |
| 14258742 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, PO Box 1623, Butler, PA 16003 |
| 14258739 | | Children's Hospital, PO Box 382059, Pittsburgh, PA 15250-8059 |
| 14258743 | | Commonwealth of Pennsylvania, Dept of Compliance, Dept 280948, Harrisburg, PA 17128-0948 |
| 14258744 | + | Family Foot Care Associates, 223 Grove City Rd, Suite 1, Slippery Rock, PA 16057-8532 |
| 14258746 | + | HSNC Polaris, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 14258745 | + | Household Bank/Yamaha, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 14258748 | + | Medical Center Clinic, 247 Morewood Ave, Pittsburgh, PA 15213-1861 |
| 15388345 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14402865 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14331238 | | The Bank Of New York Mellon Fka et al., Bank Of America, Po Box 31785, Tampa, FL 33631-3785 |
| 14314470 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14258751 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14271107 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14258735 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 02 2021 23:12:00 | AmeriCredit, PO Box 183593, Arlington, TX 76096 |
| 14269741 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 02 2021 23:12:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14258740 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2021 23:18:13 | CitiFinancial, Attn: Bankruptcy Dept, PO Box 140489, Irving, TX 75014-0489 |
| 14258741 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

| District/off: 0315-2 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2021 | Form ID: pdf900 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 02 2021 23:12:00 | Citizens Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14258747 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2021 23:18:13 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14312578 | + | Email/PDF: cbp@onemainfinancial.com | Sep 02 2021 23:18:12 | Onemain, 605 Munn Road, FT Mill, SC 29715-8421 |
| 14293231 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2021 23:12:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14258749 | | Email/PDF: gecsedi@recoverycorp.com | Sep 02 2021 23:18:04 | Synchrony Bank/Dick's Sporting Goods, Attn: Bankruptcy Dept., PO Box 965015, Orlando, FL 32896-5015 |
| 14258750 | | Email/PDF: gecsedi@recoverycorp.com | Sep 02 2021 23:18:21 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14258753 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2021 23:12:00 | WFNNB/Fashion Bug, PO Box 182125, Columbus, OH 43218-2125 |
| 14258752 | + | Email/Text: BKRMailOps@weltman.com | Sep 02 2021 23:12:00 | Weltman Weinberg & Reis Co., L.P.A., Attn: Matthew D. Urban, Esquire, 436 Seventh Ave., Suite 1400, Pittsburgh, PA 15219-1827 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, NA, As Successor By Merger to Bac |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank Of New York Mellon Fka The Bank Of New Yo |
| cr | | The Bank of New York Mellon etal |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| 14649554 | * | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

TOTAL: 4 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Chrisovalanate P. Fliakos | on behalf of Creditor The Bank Of New York Mellon Fka The Bank Of New York  et al. pawb@fedphe.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com |
| James A. Prostko | on behalf of Creditor The Bank of New York Mellon etal jprostko@c-vlaw.com  jamesprostko@gmail.com |
| James A. Prostko | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-T jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeremy J. Kobeski | on behalf of Creditor The Bank Of New York Mellon Fka The Bank Of New York  et al. pawb@fedphe.com, mcupec@grenenbirsic.com |
| Jerome B. Blank | on behalf of Creditor Bank of America  NA, As Successor By Merger to Bac Home Loans Servicing, LP etal pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI mmiksich@kmllawgroup.com |
| Michael S. Lazaroff | on behalf of Joint Debtor Michelle D. Claypoole butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Michael S. Lazaroff | on behalf of Debtor Raymond A. Claypoole butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 12