**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Raymond A. Claypoole** | Social Security number or ITIN  xxx–xx–7178 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Michelle D. Claypoole** | Social Security number or ITIN  xxx–xx–6772 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–22588–JAD**

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Raymond A. Claypoole                                       Michelle D. Claypoole

<u>10/7/21</u>                                                                        **By the court:**   <u>Jeffery A. Deller</u>
                                                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                           **Chapter 13 Discharge**                           page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Raymond A. Claypoole  
Michelle D. Claypoole  
    Debtors

Case No. 16-22588-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 4 |
| Date Rcvd: Oct 07, 2021 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond A. Claypoole, Michelle D. Claypoole, PO Box 484, Bruin, PA 16022-0484 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 564 Forbes Avenue, Manor Building, Pittsburgh, PA 15219-2908 |
| cr | + | Federal Home Loan Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Federal Home Loan Mortgage Corporation, 6200 S. Quebec St, Greenwood Village, co 80111-4720 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 300, Dallas, TX 75254-7883 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14258736 | | Associates in Resp. Medicine, 5131 Liberty Ave, Pittsburgh, PA 15224-2217 |
| 14304999 | + | Butler Hospital Care Associates, PO Box 1549, Suite 901, Butler, PA 16003-1549 |
| 14258738 | + | Butler Memorial Hospital, PO Box 37171, Baltimore, MD 21297-3171 |
| 14258742 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, PO Box 1623, Butler, PA 16003 |
| 14258739 | | Children's Hospital, PO Box 382059, Pittsburgh, PA 15250-8059 |
| 14258743 | | Commonwealth of Pennsylvania, Dept of Compliance, Dept 280948, Harrisburg, PA 17128-0948 |
| 14258744 | + | Family Foot Care Associates, 223 Grove City Rd, Suite 1, Slippery Rock, PA 16057-8532 |
| 14258746 | + | HSNC Polaris, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 14258748 | + | Medical Center Clinic, 247 Morewood Ave, Pittsburgh, PA 15213-1861 |
| 15388345 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14402865 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14314470 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14258751 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Oct 08 2021 03:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2021 22:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Oct 08 2021 03:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2021 22:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | EDI: BANKAMER.COM | Oct 08 2021 03:03:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: 3180W | Total Noticed: 42 |

| Recip ID | | Notice Type | Notice Time | Name and Address |
|---|---|---|---|---|
| cr | | EDI: BANKAMER.COM | Oct 08 2021 03:03:00 | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | | EDI: BANKAMER.COM | Oct 08 2021 03:03:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Po Box 31785, TAMPA, FL 33631-3785 |
| 14258735 | | EDI: PHINAMERI.COM | Oct 08 2021 03:03:00 | AmeriCredit, PO Box 183593, Arlington, TX 76096 |
| 14269741 | + | EDI: PHINAMERI.COM | Oct 08 2021 03:03:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14322017 | | EDI: BANKAMER.COM | Oct 08 2021 03:03:00 | BANK OF AMERICA, N.A., BANK OF AMERICA, PO BOX 31785, TAMPA, FL, 33631-3785 |
| 14258737 | + | EDI: BANKAMER.COM | Oct 08 2021 03:03:00 | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14258740 | | EDI: CITICORP.COM | Oct 08 2021 03:03:00 | CitiFinancial, Attn: Bankruptcy Dept, PO Box 140489, Irving, TX 75014-0489 |
| 14258741 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 07 2021 22:57:00 | Citizens Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14258745 | + | EDI: HFC.COM | Oct 08 2021 03:03:00 | Household Bank/Yamaha, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 14258747 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2021 23:02:53 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14312578 | + | EDI: AGFINANCE.COM | Oct 08 2021 03:03:00 | Onemain, 605 Munn Road, FT Mill, SC 29715-8421 |
| 14293231 | | EDI: PENNDEPTREV | Oct 08 2021 03:03:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14293231 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2021 22:57:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14258749 | | EDI: RMSC.COM | Oct 08 2021 03:03:00 | Synchrony Bank/Dick's Sporting Goods, Attn: Bankruptcy Dept., PO Box 965015, Orlando, FL 32896-5015 |
| 14258750 | | EDI: RMSC.COM | Oct 08 2021 03:03:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14331238 | | EDI: BANKAMER.COM | Oct 08 2021 03:03:00 | The Bank Of New York Mellon Fka et al., Bank Of America, Po Box 31785, Tampa, FL 33631-3785 |
| 14258753 | | EDI: WFNNB.COM | Oct 08 2021 03:03:00 | WFNNB/Fashion Bug, PO Box 182125, Columbus, OH 43218-2125 |
| 14271107 | | EDI: WFFC.COM | Oct 08 2021 03:03:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |
| 14258752 | + | Email/Text: BKRMailOps@weltman.com | Oct 07 2021 22:57:00 | Weltman Weinberg & Reis Co., L.P.A., Attn: Matthew D. Urban, Esquire, 436 Seventh Ave., Suite 1400, Pittsburgh, PA 15219-1827 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, NA, As Successor By Merger to Bac |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: dpas | Page 3 of 4 |
| Date Rcvd: Oct 07, 2021 | | Form ID: 3180W | Total Noticed: 42 |

| | | |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank Of New York Mellon Fka The Bank Of New Yo |
| cr | | The Bank of New York Mellon etal |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| 14649554 | * | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

TOTAL: 4 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:

**Name**           **Email Address**

Anthony T. Kovalchick
             on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Chrisovalanate P. Fliakos
             on behalf of Creditor The Bank Of New York Mellon Fka The Bank Of New York et al. pawb@fedphe.com

Chrisovalanate P. Fliakos
             on behalf of Creditor BANK OF AMERICA N.A. pawb@fedphe.com

James A. Prostko
             on behalf of Creditor The Bank of New York Mellon etal jprostko@c-vlaw.com jamesprostko@gmail.com

James A. Prostko
             on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-T jprostko@c-vlaw.com, jamesprostko@gmail.com

| District/off: 0315-2 | User: dpas | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: 3180W | Total Noticed: 42 |

Jeremy J. Kobeski
    on behalf of Creditor The Bank Of New York Mellon Fka The Bank Of New York  et al. pawb@fedphe.com, mcupec@grenenbirsic.com

Jerome B. Blank
    on behalf of Creditor Bank of America  NA, As Successor By Merger to Bac Home Loans Servicing, LP etal pawb@fedphe.com

Maria Miksich
    on behalf of Creditor The Bank of New York Mellon etal mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor The Bank Of New York Mellon Fka The Bank Of New York  et al. mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI mmiksich@kmllawgroup.com

Michael S. Lazaroff
    on behalf of Joint Debtor Michelle D. Claypoole butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com

Michael S. Lazaroff
    on behalf of Debtor Raymond A. Claypoole butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 14