**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
RAYMOND A. CLAYPOOLE
MICHELLE D. CLAYPOOLE
       Debtor(s)

Ronda J. Winnecour
       Movant
   vs.
No Repondents.

Case No.:16-22588 JAD

Chapter 13

Document No.: 112

FILED
10/7/21 10:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this ____7th____ day of ____October____, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 16-22588-JAD
Raymond A. Claypoole                                                                    Chapter 13
Michelle D. Claypoole
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                          User: dpas                                        Page 1 of 3
Date Rcvd: Oct 07, 2021                         Form ID: pdf900                      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond A. Claypoole, Michelle D. Claypoole, PO Box 484, Bruin, PA 16022-0484 |
| cr | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 564 Forbes Avenue, Manor Building, Pittsburgh, PA 15219-2908 |
| cr | + | Federal Home Loan Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Federal Home Loan Mortgage Corporation, 6200 S. Quebec St, Greenwood Village, co 80111-4720 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 300, Dallas, TX 75254-7883 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Po Box 31785, TAMPA, FL 33631-3785 |
| 14258736 | | Associates in Resp. Medicine, 5131 Liberty Ave, Pittsburgh, PA 15224-2217 |
| 14322017 | | BANK OF AMERICA, N.A., BANK OF AMERICA, PO BOX 31785, TAMPA, FL, 33631-3785 |
| 14258737 | + | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14304999 | + | Butler Hospital Care Associates, PO Box 1549, Suite 901, Butler, PA 16003-1549 |
| 14258738 | + | Butler Memorial Hospital, PO Box 37171, Baltimore, MD 21297-3171 |
| 14258742 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, PO Box 1623, Butler, PA 16003 |
| 14258739 | | Children's Hospital, PO Box 382059, Pittsburgh, PA 15250-8059 |
| 14258743 | | Commonwealth of Pennsylvania, Dept of Compliance, Dept 280948, Harrisburg, PA 17128-0948 |
| 14258744 | + | Family Foot Care Associates, 223 Grove City Rd, Suite 1, Slippery Rock, PA 16057-8532 |
| 14258746 | + | HSNC Polaris, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 14258745 | + | Household Bank/Yamaha, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 14258748 | + | Medical Center Clinic, 247 Morewood Ave, Pittsburgh, PA 15213-1861 |
| 15388345 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14402865 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14331238 | | The Bank Of New York Mellon Fka et al., Bank Of America, Po Box 31785, Tampa, FL 33631-3785 |
| 14314470 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14258751 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14271107 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14258735 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Oct 07 2021 22:57:00 | AmeriCredit, PO Box 183593, Arlington, TX 76096 |
| 14269741 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Oct 07 2021 22:57:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14258740 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Oct 07 2021 23:03:00 | CitiFinancial, Attn: Bankruptcy Dept, PO Box 140489, Irving, TX 75014-0489 |
| 14258741 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

Case 16-22588-JAD    Doc 125    Filed 10/09/21    Entered 10/10/21 00:28:36    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dpas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: pdf900 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 07 2021 22:57:00 | Citizens Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14258747 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2021 23:03:07 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14312578 | + | Email/PDF: cbp@onemainfinancial.com | Oct 07 2021 23:03:06 | Onemain, 605 Munn Road, FT Mill, SC 29715-8421 |
| 14293231 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2021 22:57:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14258749 | | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2021 23:03:00 | Synchrony Bank/Dick's Sporting Goods, Attn: Bankruptcy Dept., PO Box 965015, Orlando, FL 32896-5015 |
| 14258750 | | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2021 23:03:06 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14258753 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2021 22:57:00 | WFNNB/Fashion Bug, PO Box 182125, Columbus, OH 43218-2125 |
| 14258752 | + | Email/Text: BKRMailOps@weltman.com | Oct 07 2021 22:57:00 | Weltman Weinberg & Reis Co., L.P.A., Attn: Matthew D. Urban, Esquire, 436 Seventh Ave., Suite 1400, Pittsburgh, PA 15219-1827 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, NA, As Successor By Merger to Bac |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank Of New York Mellon Fka The Bank Of New Yo |
| cr | | The Bank of New York Mellon etal |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| 14649554 | * | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

TOTAL: 4 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Chrisovalanate P. Fliakos | on behalf of Creditor The Bank Of New York Mellon Fka The Bank Of New York et al. pawb@fedphe.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor BANK OF AMERICA N.A. pawb@fedphe.com |
| James A. Prostko | on behalf of Creditor The Bank of New York Mellon etal jprostko@c-vlaw.com jamesprostko@gmail.com |
| James A. Prostko | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-T jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeremy J. Kobeski | on behalf of Creditor The Bank Of New York Mellon Fka The Bank Of New York et al. pawb@fedphe.com, mcupec@grenenbirsic.com |
| Jerome B. Blank | on behalf of Creditor Bank of America NA, As Successor By Merger to Bac Home Loans Servicing, LP etal pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor The Bank of New York Mellon etal mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor The Bank Of New York Mellon Fka The Bank Of New York et al. mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI mmiksich@kmllawgroup.com |
| Michael S. Lazaroff | on behalf of Joint Debtor Michelle D. Claypoole butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Michael S. Lazaroff | on behalf of Debtor Raymond A. Claypoole butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 14